# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152036

SHAKEETA SIMPSON, as Personal
Representative of the ESTATE OF ANTAUN
SIMPSON,
       Plaintiff-Appellee,

and

SHAKEETA SIMPSON,
       Plaintiff,

v

ALEX PICKENS, JR. & ASSOCIATES, M.D.,
P.C., doing business as PICKENS MEDICAL
CENTER, BRIGHTMOOR GENERAL
MEDICAL CENTER, INC., doing business as
BRIGHTMOOR-PICKENS MEDICAL
CENTER, ALEX PICKENS, JR., M.D., and
LINDA S. HARTMAN, P.A.,
       Defendants-Appellants.

SC: 152036
COA: 320443
Wayne CC: 13-000307-NH

_____/

       On December 7, 2016, the Court heard oral argument on the application for leave to appeal the June 16, 2015 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, there being no majority in favor of granting leave to appeal or taking other action.

       YOUNG, C.J., and MARKMAN and ZAHRA, JJ., would reverse the judgment of the Court of Appeals.

       BERNSTEIN, J., not participating due to his prior relationship with The Sam Bernstein Law Firm.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



Clerk

d1220